FILED

JUN 1 8 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 5:25 MJ 08004 |
| KENDRA BARKSDALE, | ) ) | Title 18, United States Code, Section 641 |
| Defendant. | ) ) | |

MAG JUDGE KNAPP

COUNTS 1–3

(Theft of Government Funds, 18 U.S.C. § 641)

The United States Attorney charges:

1. On or about each of the dates set forth below, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant KENDRA BARKSDALE, in a continuing course of conduct, knowingly and willfully embezzled, stole, purloined, and converted to her own use money of the United States or any department or agency thereof to wit: Paycheck Protection Program (PPP) and Economic Injury Disaster Loan (EIDL) benefits obtained by fraud from the Small Business Administration, each taking constituting a separate count of this Information:

| Count | Approximate Date(s) | Description of Taking |
|---|---|---|
| 1 | March 17, 2021 | An ACH transfer of approximately $19,445 in PPP loan benefits |
| 2 | May 20, 2021 | An ACH transfer of approximately $20,510 in PPP loan benefits |
| 3 | August 17, 2021 | An ACH transfer of approximately $8,800 in EIDL loan benefits |

All in violation of Title 18, United States Code, Sections 641.

                                        CAROL M. SKUTNIK
                                        Acting United States Attorney

By:     */s/ Kelly L. Galvin*
           Kelly L. Galvin
           Chief, General Crimes Unit